```
                                          FILED
                                   U.S. DISTRICT COURT
                                   DISTRICT OF WYOMING

                                        SEP - 9 2008

                                     Stephan Harris, Clerk
                                          Cheyenne
```

## IN THE U.S. DISTRICT COURT

## IN AND FOR THE DISTRICT OF THE STATE OF WYOMING

## CIVIL NO. 05CV321B

| | |
|---|---|
| WILLIAM AND DEBRA TRUJILLO, | ) |
| Plaintiffs, | ) |
| vs. | ) |
| PACIFICORP, an Oregon corporation, | ) |
| Defendant. | ) |

### ORDER APPROVING SETTLEMENT

THIS MATTER having come before the Court upon Plaintiffs Motion to Approve Settlement in the above entitled action and the Court having reviewed the file and having been fully advised in the premises does hereby find and conclude that Plaintiff William Trujillo is competent to enter into the settlement agreement and that settlement of the case on the terms and conditions reached is reasonable and in the best interest of William Trujillo.

IT IS THEREFORE ORDERED that the settlement of Plaintiff William Trujillo's claims is hereby approved.

DATED this 9th day of September, 2008.

_____
United States District Court