```
                                    FILED
                              U.S. DISTRICT COURT
                              DISTRICT OF WYOMING

                                 SEP 18 2008
```

IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF WYOMING
Stephan Harris, Clerk
Cheyenne

| | |
|---|---|
| WILLIAM TRUJILLO and ) | |
| DEBRA TRUJILLO, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL NO. 05-CV-321B |
| ) | |
| PACIFICORP, an Oregon corporation, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the Joint Stipulation For Dismissal With Prejudice and the Court being duly advised in the premises finds that the above captioned matter should be dismissed with prejudice with each party to bear their own costs and attorney fees.

*NOW, THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED* that the above captioned matter be and hereby is dismissed, with prejudice, and each party shall bear their own costs and attorney fees.

1

DATED this 16th day of September, 2008.

_____
United States District Court

Approved As To Form:

_____
Paul J. Hickey
Richard D. Bush
Hickey & Evans, LLP
*Attorneys for PacifiCorp*

_____
Sharon M. Rose
Lavery & Rose, P.C.
*Attorney for William and Debra Trujillo*

2