```
                                                              FILED
                                                      U.S. DISTRICT COURT
                                                      DISTRICT OF WYOMING
```

IN THE UNITED STATES DISTRICT COURT          NOV 17 2011

FOR THE DISTRICT OF WYOMING                  Stephan Harris, Clerk
                                                   Cheyenne

| | |
|---|---|
| WILLIAM TRUJILLO and DEBRA TRUJILLO, | ) |
| Plaintiffs, | ) |
| vs. | ) 05-CV-321-B |
| PACIFICORP, an Oregon corporation, | ) |
| Defendant. | ) |

## ORDER TO RETURN ORIGINAL DOCUMENTS

The above-entitled matter having come before the Court upon the Court's own motion due to the archiving of this file and the Court being fully advised in the premises, it is

ORDERED that the following documents be returned to defendant's counsel:

Depositions filed with Plaintiffs' Brief in Support of Motion to Compel Response to Outstanding Discovery.

Dated this 17th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE